UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AUSTIN RYAN MEYERS, | : | Civil No. 1:22-cv-00010 |
| Plaintiff, | : | |
| v. | : | Hon. Ray Kent |
| | : | United States Magistrate Judge |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated: May 25, 2022

       /s/ Ray Kent
Ray Kent
United States Magistrate Judge